UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60387-CIV-GAYLES/SELTZER

SOFIYA NAZAROVA,
a/k/a SOFIYA COHEN,

        Plaintiff,

v.

HILLCREST EAST NO. 22, INC.,
a Florida Not for Profit corporation,

        Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on the Report and Recommendation [ECF No. 26] ("Report") of Magistrate Judge Barry S. Seltzer. Plaintiff filed a complaint under the Fair Housing Act, asserting two counts against Defendant: Count I – Failure to Reasonably Accommodate under 42 U.S.C. § 3604(f)(3)(B) and Count II – Discrimination in the Terms, Conditions, or Privileges of the Provisions of Services or Facilities in Connection with a Dwelling under 42 U.S.C. § 3604(f)(2)(B). [ECF No. 1]. Plaintiff is seeking compensatory and punitive damages and attorney's fees and costs. [*Id*.]. Defendant filed a Motion to Dismiss Complaint with Prejudice [ECF No. 18] ("Motion"). This matter was referred to Magistrate Judge Seltzer, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 25]. Judge Seltzer recommends that the Motion be granted in part and denied in part. [ECF No. 26]. Specifically, Judge Seltzer recommends that Count II be dismissed with prejudice because Plaintiff failed to state a "distinct and separate claim pursuant to 42 U.S.C. § 2604(f)(2)," [*id*. at

10], but recommends that the Motion be denied "in all other respects." [*Id*. at 14–15]. Defendant filed an objection to Judge Seltzer's Report requesting that the Court strike Plaintiff's claim for punitive damages. [ECF No. 27].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court, having conducted a *de novo* review of the record, agrees with Judge Seltzer's well-reasoned analysis. Plaintiff has sufficiently alleged that Defendant "discriminate[d] in the face of a perceived risk that its actions will violate federal law." *See Kolstad v. Am. Dental Ass'n*, 527 U.S. 526, 536 (1999). Therefore, Plaintiff's demand for punitive damages shall remain at this stage of the proceedings.

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Seltzer's Report and Recommendation [ECF No. 26] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) Defendant's Motion to Dismiss Complaint with Prejudice [ECF No. 18] is **GRANTED** in part and **DENIED** in part;

(3) Count II of Plaintiff's Complaint [ECF No. 1] is **DISMISSED with prejudice**; and

(4) Defendant's Motion [ECF No .18] is **DENIED** in all other respects.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of July, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE